

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**NEW YORK - FEDERAL PLAZA IMMIGRATION COURT**

Respondent Name:

PARADA-CRUZ, ERIK SIGFREDO

To:

Makabi, Perham
8015 LEFFERTS BLVD STE 1R
KEW GARDENS, NY 11415-1739

A-Number:

097379474

Riders:

In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
03/02/2023

**ORDER OF THE IMMIGRATION JUDGE**

It is hereby ordered that the above-captioned case be administratively closed for the following reason:

☒ Joint request by both parties.

☐ A party has requested administrative closure and the opposing party has not presented a persuasive reason why proceedings should not be administratively closed.

☐ The court has received information documenting that the respondent/applicant is currently detained/incarcerated and unable to appear for proceedings.

☐ Other:

This case remains under the jurisdiction and docket control of the immigration court. If either party in this case desires further action on this matter, the party must file a written motion to recalendar the case (including a certificate of service on the opposing party) with the immigration court having administrative control over the Record of Proceeding in this case.

Immigration Judge: KIM, DAVID  03/02/2023

Appeal:    Department of Homeland Security:    ☒ waived    ☐ reserved
          Respondent:    ☒ waived    ☐ reserved


Appeal Due:


### Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service

To: [  ] Noncitizen | [  ] Noncitizen c/o custodial officer | [ M ] Noncitizen's atty/rep. | [ M ] DHS

Respondent Name : PARADA-CRUZ, ERIK SIGFREDO | A-Number : 097379474

Riders:

Date:  03/02/2023  By:  Kobakhidze, Nino, Court Staff