**Department of Homeland Security**
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

| | |
|---|---|
| **THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.** | |

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | January 06, 2023 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-130, Petition for Alien Relative | A094480114 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0918871187 | January 03, 2023 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| January 03, 2023 | 203 A2B INA ADULT CHILD OF LPR | September 17, 1960 |

MARIA F. CRUZ
C/O PERHAM MAKABI
8015 LEFFERTS BLVD STE 1R
KEW GARDENS, NY 11415

4    00000857

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $535.00 |
| **Total Amount Received:** | $535.00 |
| **Total Balance Due:** | $0.00 |

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| PARADA CRUZ, ERIK | 10/4/1982 | EL SALVADOR | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY





---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  10/13/21