

# NASSAU DISTRICT COURT

99 Main Street, Hempstead, NY 11550

Phone: (516) 493-4200



## FEE
### Non-Public Version

| | |
|---|---|
| The People of the State of New York | **Certificate of Disposition** |
| vs. | Docket Number:  **CR-019066-04NA** |
| **Erik S. Parada** | Legacy Docket Number:  **2004NA019066** |

Defendant DOB:  **10/04/1982**            Arrest Date:  **09/04/2004**      Arraignment Date: **09/20/2004**

THIS IS TO CERTIFY that the undersigned has examined the files of the **Nassau District Court** concerning the above entitled matter and finds the following:

| Count | Arraignment Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | PL 120.00 01 AM Aslt 3-W/Int Cause Phys Injury | AM | Reduced to (Count #2) | 04/11/2005 |

| Count | Incident Date | Conviction Charge | Charge Weight | Conviction Charge Description | Conviction Type | Conviction/ Sentence Date | Sentence Highlight |
|---|---|---|---|---|---|---|---|
| 2 | 08/25/2004 | PL 240.20 01 | V | Dis/Con:Fight/Violent Behavior | Pled Guilty | 04/11/2005 | • Fine ($150.00 - due 04/11/2005)<br>• Conditional Discharge (1 Years, Restitution - $519.00)<br>• No Surcharge |

**All fines, fees & surcharges imposed at sentence are paid in full.**

MICHAEL BEGANSKAS

Dated:  **January 31, 2019**

**Chief Clerk/Clerk of the Court**

CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

Conviction charges may not be the same as the original arrest charges.
Arraignment charges may not be the same as the original arrest charges.

94



**2004NA019066**

People of The State of New York

VS

PARADA      ERIK S

This file and papers contained therein were destroyed in the normal course of business, pursuant to part 104 of the rules of the Chief Administrator of the Courts.

After a thorough comparison with the official court file, I hereby affirm the accuracy of the electronic record.

Court Clerk