UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PARADA CRUZ, ERIK SIGFREDO,

*Petitioner*,

v.

NOEM, et al.,

*Respondents*.

No 26-cv-1110 (EDNY)
(Bulsara, J.)

**Declaration of Deportation Officer
Kareem Biggs**

Pursuant to 28 U.S.C. § 1746, I, Kareem Biggs, hereby declare under penalty of perjury that the following is true and correct:

1.      I am a Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served in this capacity since November, 2025. As a Deportation Officer, I manage the cases of aliens who are in immigration proceedings. Once an alien is ordered removed from the United States, I facilitate the alien's removal by coordinating with the government of that alien's country of removal to obtain proper travel documents. I am familiar with certain DHS procedures relating to the processing, removal, detention and parole of aliens. I have access to DHS and ICE files, records and databases.

2.      I have prepared this declaration in connection with a Petition for a Writ of Habeas Corpus filed by Petitioner, Erik Sigfredo Parada Cruz ("Petitioner"), who has been assigned the following Alien Number: 097 379 474.  The following representations are based on my review of DHS records  and databases maintained in the ordinary course of business.

3.      Petitioner is a native and citizen of El Salvador.

4.      Petitioner entered the United States at an unknown place, without encountering U.S. immigration officials, in or about 2004.

5.      On or about August 19, 2005, Petitioner was encountered by the Montana Highway Patrol during a traffic stop near Worden, Montana; as Petitioner had no documents showing that he had been authorized to enter the United States, the Montana Highway Patrol contacted U.S. Customs and Border Protection ("CBP"), which interviewed Petitioner.

6.      On or about August 19, 2005, Petitioner was issued a Notice to Appear ("NTA") in person in Immigration Court in Denver, Colorado, at a date and time that had yet to be seto. A true and correct copy of the NTA dated August 19, 2025, is attached to this declaration as Exhibit A.

7.      On or about September 2, 2005, ICE filed the NTA with the Executive Office for Immigration Review ("EOIR") placing Petitioner into removal proceedings.

8.      On August 25, 2005, Petitioner was transported to the Denver Contract Detention Facility in Aurora, Colorado.

9.      On September 13, 2005, Petitioner was released from custody after being granted bond.

10.     On December 6, 2005, Petitioner was ordered removed In Absentia for failing to appear for his scheduled Master Calendar Hearing.

11.     A Warrant of Removal/Deportation was issued with respect to Petitioner on December 13, 2005. A true and correct copy of the Warrant of Removal/Deportation dated December 13, 2005, is attached to this declaration as Exhibit B.

12.     On or about September 26, 2007, Petitioner was apprehended by ICE Officers pursuant to his outstanding order of removal.

13.     On or about November 15, 2007, Petitioner was removed from the United States. *See* Exhibit B at page 2.

2

14.    Thereafter, at an unknown time and place, Petitioner illegally reentered the United States without inspection or permission by an immigration official.

15.    On or about May 24, 2019, Petitioner filed a Motion to Reopen ("MTR") his immigration proceedings with the Immigration Court.

16.    On or about July 3, 2019, an Immigration Judge granted Petitioner's MTR and rescinded the prior removal order that had been issued to Petitioner In Absentia.

17.    On or about March 2, 2023, an Immigration Judge administratively closed the immigration proceedings against Petitioner.

18.    On February 26, 2026, while conducting a targeted enforcement operation, ICE Officers encountered Petitioner in Roosevelt, New York, during a vehicle stop. ICE Officers asked Petitioner to provide them with his NYS Driver's License, which he provided to the ICE Officers. ICE Officers conducted further records checks and confirmed that Petitioner had not made lawful entry into the United States and did not have any legal status in the United States.

19.    Petitioner was arrested on February 26, 2026, pursuant to a Warrant for Arrest of an Alien (Form I-200) that was issued that day; the Form I-200 was served on Petitioner on February 26, 2026, at 10:20 a.m. A true and correct copy of the Form I-200 is attached to this declaration as Exhibit C.

20.    Petitioner was detained pursuant to Immigration and Nationality Act ("INA") § 235(a)(b)(2), 8 U.S.C. § 1225(b)(2)(A).

21.    ICE transported Petitioner to its processing facility at 100 Carman Avenue, East Meadow, New York.

22.    Petitioner was transferred to the Nassau County Correctional Center ("NCCC") in East Meadow, New York, that same day, February 26, 2026.

3

23.    On February 27, 2026, a Motion to Re-calendar the matter was filed with Immigration Court at 26 Federal Plaza, New York, New York.

24.    As of the date of this declaration, Petitioner remains detained at NCCC pursuant to INA § 235(b)(2)(A), 8 U.S.C. § 1225(b)(2)(A).

I hereby declare under penalty of perjury that the above statements are true and correct.

Executed at New York, New York
This ___27th___ day of February 2026.

KAREEM H BIGGS    Digitally signed by KAREEM H BIGGS
Date: 2026.02.27 12:30:08 -05'00'

Kareem Biggs
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

4