# EXHIBIT A

U. S. Department of Justice
Immigration and Naturalization Service

**Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act

In the Matter of:

BUREAU OF IMMIGRATION &
CUSTOMS ENFORCEMENT
GEO/BICE PROCESSING CENTER
11901 E. 30TH AVE.
AURORA, CO 80010

File No: A097 379 474
Case No: BIL0508000006
FIN #: 17587695

Respondent: **Erik Sigfredo PARADA CRUZ** _____ currently residing at:

_____

(Number, street, city state and ZIP code)          (Area code and phone number)

☐ 1. You are an arriving alien.
☒ 2. You are an alien present in the United States who has not been admitted or paroled.
☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

1) You are not a citizen or national of the United States;

2) You are a native of EL SALVADOR and a citizen of EL SALVADOR;

3) You arrived in the United States at or near Unknown place, on or about 2004;

4) You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2)   ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: _____
Denver EOIR 1961 Stout Street, Rm 1403, Denver, CO 80294 To Be Set

(Complete Address of Immigration Court, Including Room Number, if any)

on __a date to be set__     at __a time to be set__ to show why you should not be removed from the United States based on the
    (Date)          (Time)

charge(s) set forth above.

ORIGINAL TO
DEN/EOIR
09/01/05 CDC

STUART A. SMALL
PATROL AGENT IN CHARGE
_____
(Signature and Title of Issuing Officer)

Date: __August 19, 2005__

Havre, Montana
_____
(City and State)

**See reverse for important information**

Form I-862 (Rev. 3/22/99)N

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

Before: _____

_____
(Signature and Title of INS Officer)

_____
(Signature of Respondent)

Date: _____

### Certificate of Service

This Notice to Appear was served on the respondent by me on __**August 19, 2005**__, in the following manner and in
(Date)
compliance with section 239(a)(1)(F) of the Act:

[X] in person          [ ] by certified mail, return receipt requested          [ ] by regular mail
[ ] Attached is a credible fear worksheet.
[ ] Attached is a list of organizations and attorneys which provide free legal services.

The alien was provided oral notice in the __**Spanish**__ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
(Signature of Respondent if Personally Served)

RANDALL HOLM
SUPERVISORY BORDER PATROL AGENT
_____
(Signature and Title of Officer)

Form I-862 (Rev. 3/22/99)N

# EXHIBIT B

U.S. Department of Justice

Immigration and Naturalization Service

**Warrant of Removal/Deportation**

File No:    **A97 379 474**

Date:    **December 13, 2005**

**To any officer of the United States Immigration and Naturalization Service:**

**PARADA Cruz, Erik Sigfredo**

(Full Name of Alien)

who entered the United States at or near    **an Unknown Place**    on or about    **an Unknown day in the year 2004**

(Place of entry)    (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

[X]    an immigration judge in exclusion, deportation, or removal proceedings

[ ]    a district director or a district director's designated official

[ ]    the Board of Immigration Appeals

[ ]    a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

## SECTION 212 (a)(6)(A)( i ) of the IMMIGRATION & NATIONALITY ACT.

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of: "Salaries and expenses, U.S. Immigration and Naturalization Service, 2006" including the expenses of the attendant, if necessary.

(Signature of INS official)

_ACTING_ FIELD OFFICE DIRECTOR

(Title of INS official)

**December 13, 2005   DENVER, COLORADO**

(Date and Office Location)

UNDER DOCKET
CONTROL AT PIC

Form I-205 (Rev 4-1-97)N

**To Be Completed by Service officer executing the warrant:**

Name of alien being removed: PARADA-Cruz Erik Sigfredo

Port, date, and manner of removal: Houston TX / 11-15-07 / JCatsE

Photograph of alien
removed

Right index fingerprint
of alien removed

X _____
(signature of alien being fingerprinted)

_____
(Signature and title of INS official taking print)

Departure witnessed by : _____
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure verified by : _____
(Signature and title of INS official)

Form I-205 (Rev. 4-1-97) N

# EXHIBIT C

**U.S. DEPARTMENT OF HOMELAND SECURITY**      Warrant for Arrest of Alien

File No. 097 379 474

Date: 2/26/2026

To:    Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations

I have determined that there is probable cause to believe that PARADA CRUZ, Erik Sigfredo is removable from the United States. This determination is based upon:

☐ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☒ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☐ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

_____
(Signature of Authorized Immigration Officer)

M. Damiano (a) SDDO
(Printed Name and Title of Authorized Immigration Officer)

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at East Meadow, NY
                                                                        (Location)

on Erik Posada Cruz              on   2/26/2026   620   , and the contents of this
      (Name of Alien)                   (Date of Service)

notice were read to him or her in the      Spanish            language.
                                          (Language)

M. Zubbia                                    DO J. Vrena
Name and Signature of Officer              Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)