UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

                         Parada Cruz

          v.

                         Noem et al.
-------------------------------------------------------------x

**REPLY TO DOJ RESPONSE**

Civil Action No. 2:26-cv-01110

(Bulsara, J.)

Our office has reviewed the government's letter and accompanying exhibits. We have also conferred with opposing counsel. In this regard, we agree that a hearing is not necessary and we do not object to this Court deciding the petitions on the papers in lieu of a hearing.

Thank you for the Court's time and attention to this matter.

Dated: February 27, 2026
          Queens, New York

                         By:    /s/  Johnathan S. Kraidman
                                Johnathan S. Kraidman
                                Law Office of Perham Makabi
                                *Counsel for Plaintiff*
                                8015 Lefferts Boulevard
                                Suite 1R
                                Kew Gardens, NY 11415
                                718-208-3098
                                Email: jk@makabilaw.com