

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

April 27, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Erik Sigfredo Parada Cruz v. Noem, et.al.* No. 26-cv-1110 (Bulsara, J.)

Dear Judge Bulsara:

This Office, on behalf of the Respondents, respectfully submits this letter, on consent, to request an adjournment of the hearing scheduled for April 30, 2026, in the above-referenced action which was consolidated for hearing with *Benitez v. Genalo, et al.*, No. 26-cv-1122 (Bulsara, J.) (the "*Benitez* habeas action"). This request is based upon the unavailability of one of the ICE officers ordered to appear, Deportation Officer Kareem Biggs, as well as the unavailability of Assistant U.S. Attorney Diane C. Leonardo, who represents the government in the *Benitez* habeas action.

Although the parties consent to the adjournment of the April 30 hearing date, there do not appear to be any mutually convenient dates in May to reschedule the hearing that will accommodate the schedules and appearances of the six government employees required to appear, as well as the schedules of the attorneys in this matter and the *Benitez* habeas action. *See* Memorandum and Order entered on April 16, 2026 (Docket Entry # 14). Should the Court wish to bifurcate the proceedings, the parties and witnesses in the *Parada Cruz* matter are available on May 27, 2026; the parties and witnesses in the *Benitez* matter are available on May 19, 2026.

This Office thanks the Court for its consideration of this request.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/ Mary M. Dickman
Mary M. Dickman
Assistant U.S. Attorney
(631) 715-7863
mary.dickman@usdoj.gov

cc (Via ECF):

Pallvi Babbar, Esq.
Counsel for Petitioner