

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

June 24, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Parada-Cruz v. Noem*, No. 26-CV-1110 (Bulsara, J.)

Dear Judge Bulsara:

This letter is respectfully submitted in accordance with Your Honor's order dated May 27, 2026 and related proceedings in which Your Honor indicated that the Respondents could submit a "letter on [June] 26th as to the issues about potential…correction and updating of responses in previously-filed habeas petitions." See Transcript of May 27, 2026 proceedings at 135 -37.

This Office has identified 36 habeas cases pending before Your Honor and the Government is reviewing the submissions in these cases to determine whether any corrections are needed, apart from ones already made during the hearings before the Court. Given the large number of pending matters, we anticipate this review process to take several weeks and, absent other directives by the Court, will provide an update by July 28, 2026 concerning the status of our review.

The Government thanks the Court for considering this request.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    */s/ Diane C. Leonardo*
       Diane C. Leonardo
       Assistant U.S. Attorney
       (631) 715-7854
       diane.beckmann@usdoj.gov

cc: Counsel of record by ECF