**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

July 27, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Parada-Cruz v. Noem*, No. 26-CV-1110 (Bulsara, J.)

Dear Judge Bulsara:

This letter is respectfully submitted in accordance with Your Honor's Order dated May 27, 2026 and related proceedings in which Your Honor indicated that the Respondents could submit a "letter on [June] 26th as to the issues about potential…correction and updating of responses in previously-filed habeas petitions." *See* Transcript of May 27, 2026 proceedings at 135 -37. On June 24, 2026, the Government advised that it would provide an updated status of its review to the Court by July 28, 2026. *See* Docket Entry 16.

This Office has identified 36 habeas cases pending before Your Honor, and has identified some that warrant corrections beyond those already made during the hearings before the Court. Absent further Court directives, the Government anticipates providing the Court with corrections on or before August 18, 2026. In that regard, the Government proposes to file amended declarations, or other writings, in each case in addition to providing Your Honor with a list of cases as part of this case docket.

The Government thanks the Court for considering this update.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: <u>*/s/ Diane C. Leonardo*</u>
Diane C. Leonardo
Assistant U.S. Attorney
(631) 715-7854
diane.beckmann@usdoj.gov

cc: Counsel of record by ECF