**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

August 18, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Parada-Cruz v. Noem*, No. 26-CV-1110 (Bulsara, J.)

Dear Judge Bulsara:

This letter is respectfully submitted in accordance with Your Honor's order dated May 27, 2026 and related proceedings in which Your Honor indicated that the Respondents could submit a "letter on [June] 26th as to the issues about potential…correction and updating of responses in previously-filed habeas petitions." *See* Transcript of May 27, 2026 proceedings at 135 -37. The Government thereafter provided this Court two updates, the latter indicating that it would be providing a status update by August 18, 2026.

Of the 36 habeas cases pending before Your Honor, the Government has identified six cases in which corrections are needed, apart from corrections already made during the hearings before the Court. In that regard, the Government will be filing, on or before August 25, 2026, supplemental declarations in:

*Bonilla-Romero v. Bondi, et.al.*, No. 26-cv-796
*Franco v. Lyons, et.al*, No. 26-cv-508
*Nazarenko v. Genalo, et.al.*, No. 26-cv-3098
*Pucha v. Genalo, et.al.*, No. 25-cv-6905
*Rivera Orellana v. Noem, et. al.* No. 26-cv-574
*Ruano Leiva v. Shanahan, et.al.*, No. 26-cv-1162

The Government thanks the Court for consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: *\/s/ Diane C. Leonardo*
Diane C. Leonardo
Assistant U.S. Attorney
(631) 715-7854
diane.beckmann@usdoj.gov

cc: Counsel of record by ECF